LAWRENCE C. HAFNER et al., as Executors of and Trustees under the Will of FRANCIS McCABE, Deceased, Respondents, *v.* ROSANA C. HAFNER et al., Respondents, and FRANCIS McCABE et al., Respondents and Appellants, and THOMAS F. BRANDON, Individually and as Administrator of FRANCIS McCABE BRANDON, Deceased, Appellant and Respondent.

*Hafner* v. *Hafner,* 62 App. Div. 316, affirmed.
(Argued April 2, 1902; decided April 18, 1902.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 23, 1901, which modified and affirmed as modified a judgment construing the will of Francis McCabe, deceased, entered upon a decision of the court on trial at Special Term.

*Howard C. Tracy* for Thomas F. Brandon, appellant and respondent.

*George Flint Warren, Jr.,* for Francis McCabe et al., respondents and appellants.

*Robert A. B. Dayton* for plaintiffs, respondents.

*William H. Hirsh* for Rosana C. Hafner, respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN and VANN, JJ. Not voting: BARTLETT, J.